IN RE LOWER MANHATTAN DISASTER SITE LITIGATION  
GRISEL HERRERA,

                Plaintiffs,

- against -

MAYORE ESTATES LLC, 80 LAFAYETTE ASSOCIATES, LLC, MAYORE ESTATES LLC AND 80 LAFAYETTE ASSOCIATION LLC AS TENANTS IN COMMON, BROOKFIELD FINANCIAL PROPERTIES, LP, BLACKMON-MOORING-STEAMATIC CATASTOPHE, NC. d/b/a BMS CAT, BLUE MILLENNIUM REALTY LLC, CENTURY 21 DEPARTMENT STORES LLC, HARRAH'S OPERATING COMPANY, INC., HILTON HOTELS CORPORATION, RESNICK 75 PARK PLACE, LLC, JACK RESNICK & SONS, INC, LLC, 127 JOHN STREET REALTY LLC, WFP RETAIL CO. L.P., AMERICAN EXPRESS COMPANY, AMERICAN EXPRESS BANK, LTD, AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., LEHMAN BROTHERS, INC., LEHMAN COMMERCIAL PAPER, INC., LEHMAN BROTHERS HOLDINGS INC., BFP TOWER C CO. LLC,

                Defendants.

DOCKET NO.  
07-CIV- 8729

Judge Hellerstein

STEPHANIE LOPEZ, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in the Bronx County in the State of New York.

That on the 19th day of December, 2007, at approximately 11:05 a.m. at CT Corporation located at 111 8th Avenue- 13th Floor, New York, New York 10011, deponent served the within copy of the Summons and Complaint upon Resnick 75 Park Place, LLC by delivering thereat a true copy of same to Nora Dindyal, Process Specialist, an individual of suitable age and discretion. Deponent describes person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows: **Female South East Asian, Brown skin, Black hair, approx. 35-40, height approx. 5'2"-5'5"**

                                            *Stephanie Lopez*  
                                            Stephanie Lopez

Sworn to before me this  
19th day of December, 2007

_____  
Notary public

BEATRIZ DOLORES ARANA  
Notary Public, State of New York  
No. 01AR6132940  
Qualified in Queens County  
Commission Expires August 29, 20__