Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendants:
AMERICAN EXPRESS COMPANY, AMERICAN
EXPRESS BANK, LTD. and AMERICAN EXPRESS
TRAVEL RELATED SERVICES COMPANY, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X   21 MC 102 (AKH)

GRISEL HERRERA,                                              Index No.: 07-CV-8729

                            Plaintiff(s),                   **NOTICE OF ADOPTION OF ANSWER
                                                            TO MASTER COMPLAINT**

      -against-
                                                            **ELECTRONICALLY FILED**

MAYORE ESTATES LLC, 80 LAFAYETTE
ASSOCIATES, LLC, MAYORE ESATES LLC
and 80 LAFAYETTE ASSOCIATION LLC AS
TENANTS IN COMMON, *et al.*,

                            Defendant(s).
--------------------------------------------------------X

      PLEASE TAKE NOTICE that Defendants, AMERICAN EXPRESS COMPANY,

AMERICAN EXPRESS BANK, LTD and AMERICAN EXPRESS TRAVEL RELATED

SERVICES COMPANY, INC., by their attorneys, McGIVNEY & KLUGER, P.C., as and for

their Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint)

Related to the Master Complaint filed in the above-referenced action, hereby adopt their Answer

to Master Complaint dated July 31, 2007, which was filed in the matter of *In Re World Trade

Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

      WHEREFORE, the defendants, AMERICAN EXPRESS COMPANY, AMERICAN

EXPRESS BANK, LTD and AMERICAN EXPRESS TRAVEL RELATED SERVICES

COMPANY, INC., demand judgment dismissing the above-captioned action as against them,

together with their costs and disbursements and for such other and further relief as this Court

deems just and proper.

Dated: New York, New York
      January 4, 2008

                                Yours etc.,

                                McGIVNEY & KLUGER, P.C.
                                Attorneys for Defendants
                                AMERICAN EXPRESS COMPANY, AMERICAN
                                EXPRESS BANK, LTD and AMERICAN
                                EXPRESS TRAVEL RELATED SERVICES
                                COMPANY, INC.

                                By: _____
                                Richard E. Leff (RL-2123)
                                80 Broad Street, 23rd Floor
                                New York, New York 10004
                                (212) 509-3456

TO:  OSHMAN & MIRISOLA, LLP
42 Broadway, 10th Floor
New York, New York
10004
(212) 233-2100

All Defense Counsel