| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | AFFIDAVIT OF PERSONAL SERVICE |
| IN RE LOWER MANHATTAN DISASTER SITE LITIGATION<br>GRISEL HERRERA, | DOCKET NO.<br>07-CIV- 8729 |
| Plaintiffs, | |
| - against - | Judge Hellerstein |
| MAYORE ESTATES LLC, 80 LAFAYETTE ASSOCIATES, LLC, MAYORE ESTATES LLC AND 80 LAFAYETTE ASSOCIATION LLC AS TENANTS IN COMMON, BROOKFIELD FINANCIAL PROPERTIES, LP, BLACKMON-MOORING-STEAMATIC CATASTOPHE, NC. d/b/a BMS CAT, BLUE MILLENNIUM REALTY LLC, CENTURY 21 DEPARTMENT STORES LLC, HARRAH'S OPERATING COMPANY, INC., HILTON HOTELS CORPORATION, RESNICK 75 PARK PLACE, LLC, JACK RESNICK & SONS, INC, LLC, 127 JOHN STREET REALTY LLC, WFP RETAIL CO. L.P., AMERICAN EXPRESS COMPANY, AMERICAN EXPRESS BANK, LTD, AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., LEHMAN BROTHERS, INC., LEHMAN COMMERCIAL PAPER, INC.,LEHMAN BROTHERS HOLDINGS INC., BFP TOWER C CO. LLC, | |
| Defendants. | |

STEPHANIE LOPEZ, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in the Bronx County in the State of New York.

That on the 3rd day of January, 2008, at approximately 2:15 p.m. at 175 Broadway, New York, New York, 10007 deponent served the within copy of the Summons and Complaint upon Blue Millennium Realty, LLC, by delivering thereat a true copy of same to John Feehan, fraud director/ risk manager, an individual of suitable age and discretion. Deponent describes person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows: **Male White, brown hair, approx. 40-45, height approx. 5'5"-5'8"**

_____
Stephanie Lopez

Sworn to before me this
3rd day of January, 2008

_____
Notary public

BEATRIZ DOLORES ARANA
Notary Public, State of New York
No. 01AR6132940
Qualified in Queens County
Commission Expires August 29, 20 09