GRISEL HERRERA

                                                        Plaintiff(s)

                        - against -                                       Index # 07 CIV 8729 (HELLERSTEIN)

MAYORE ESTATES LLC, ETAL                                          Purchased October 9, 2007
                                                                 File # 21-34
                                                        Defendant(s)

                                                                 **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on January 8, 2008 at 09:25 AM at

SECRETARY OF STATE
ALBANY, NY

deponent served the within SUMMONS AND COMPLAINT BY ADOPTION (CHECK-OFF COMPLAINT) RELATED TO THE MASTER COMPLAINT on LEHMAN COMMERCIAL PAPER, INC. therein named,

**SECRETARY**  a Domestic corporation by delivering two true copies to DONNA CHRISTIE, LEGAL CLERK personally, deponent
**OF STATE**   knew said corporation so served to be the corporation described in said summons as said Defendant and knew said
               individual to be AUTHORIZED to accept thereof.

  Service upon the N.Y.S. Secretary of State under Section 306 of the Business Corporation Law and tendering the required fee.

        Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|-----|-----------|-----------|---------------|------------------|------------------|
| FEMALE | WHITE | BLONDE | 35 | 5'5 | 140 |

        That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on:  January 8, 2008

JOEL GRABER                    JOSEPH KNIGHT                  JONATHAN GRABER
Notary Public, State of New York   Notary Public, State of New York   Notary Public, State of New York
No. 02GR4699723                No. 01KN6178241               No. 01GR6156780
Qualified in New York County    Qualified In New York County   Qualified in New York County        **STEVEN C. AVERY**
Expires February 10, 2010       Expires November 26, 2011      Expires December 4, 2010
                                                                                    Invoice #: 454109