IN RE LOWER MANHATTAN DISASTER SITE LITIGATION
GRISEL HERRERA,

            Plaintiffs,

- against -

MAYORE ESTATES LLC, 80 LAFAYETTE ASSOCIATES, LLC, MAYORE ESTATES LLC AND 80 LAFAYETTE ASSOCIATION LLC AS TENANTS IN COMMON, BROOKFIELD FINANCIAL PROPERTIES, LP, BLACKMON-MOORING-STEAMATIC CATASTOPHE, NC. d/b/a BMS CAT, BLUE MILLENNIUM REALTY LLC, CENTURY 21 DEPARTMENT STORES LLC, HARRAH'S OPERATING COMPANY, INC., HILTON HOTELS CORPORATION, RESNICK 75 PARK PLACE, LLC, JACK RESNICK & SONS, INC, LLC, 127 JOHN STREET REALTY LLC, WFP RETAIL CO. L.P., AMERICAN EXPRESS COMPANY, AMERICAN EXPRESS BANK, LTD, AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., LEHMAN BROTHERS, INC., LEHMAN COMMERCIAL PAPER, INC.,LEHMAN BROTHERS HOLDINGS INC., BFP TOWER C CO. LLC,

            Defendants.

DOCKET NO.
07-CIV- 8729

Judge Hellerstein

    Stephanie Lopez, being duly sworn, deposes and says:

    I am over 18 years of age, I am not a party to the action, and I reside in Bronx County in the State of New York.

That on the 22nd day of January 2008, at approximately 11:35 a.m. at Three World Financial Center, 200 Vesey Street, New York, New York 10281, deponent served the a copy of the Summons and Complaint upon American Express Bank LTD, by delivering thereat a true copy of same to Sandra Gordon, associate, an individual of suitable age and discretion. Deponent describes person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows: Female African American, brown skin, black hair, approx. 30-35, height approx. 5'4"-5'7"

            *Stephanie Lopez*
            Stephanie Lopez

Sworn to before me this
22nd day of January 2008

_____
Notary public

BEATRIZ DOLORES ARANA
Notary Public, State of New York
No. 01AR6132940
Qualified in Queens County
Commission Expires August 29, 20__