UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: OSHMAN & MIRISOLA, LLP*****

| | |
|---|---|
| GRISEL HERRERA<br><br>　　　　　　　　　　　　　　　　　Plaintiff(s)<br>　　　　　　　- against -<br><br>MAYORE ESTATES LLC, ETAL<br><br>　　　　　　　　　　　　　　　　　Defendant(s) | Index # 07 CIV 8729 (HELLERSTEIN)<br><br>Purchased October 9, 2007<br>File # 21-34<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on January 23, 2008 at 12:45 PM at

SECRETARY OF STATE
ALBANY, NY

deponent served the within SUMMONS AND COMPLAINT BY ADOPTION (CHECK-OFF COMPLAINT) RELATED TO THE MASTER COMPLAINT on 80 LAFAYETTE ASSOCIATES, LLC therein named,

**SECRETARY OF STATE**   a Domestic corporation by delivering two true copies to CAROL VOGT, LEGAL CLERK personally, deponent knew said corporation so served to be the corporation described in said summons as said Defendant and knew said individual to be AUTHORIZED to accept thereof.

Service upon the N.Y.S. Secretary of State under SECTION 303 OF THE LIMITED LIABILITY COMPANY LAW and tendering the required fee.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLACK | 45 | 5'4 | 140 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: January 23, 2008

| | | | |
|---|---|---|---|
| JOEL GRABER<br>Notary Public, State of New York<br>No. 02GR4699723<br>Qualified in New York County<br>Expires February 10, 2010 | JOSEPH KNIGHT<br>Notary Public, State of New York<br>No. 01KN6178241<br>Qualified In New York County<br>Expires November 26, 2011 | JONATHAN GRABER<br>Notary Public, State of New York<br>No. 01GR6156780<br>Qualified in New York County<br>Expires December 4, 2010 | STEVEN C. AVERY<br><br>Invoice #: 454660 |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728