UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER                                    21MC102(AKH)
LOWER MANHATTAN DISASTER
SITE LITIGATION

GRISEL HERRERA,                                             07CV8729(AKH)

                                  Plaintiff(s),      **NOTICE OF APPEARANCE**

        -against-

MAYORE ESTATES LLC, et al.,

                                  Defendants.

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Defendants **CENTURY 21 DEPARTMENT STORE LLC** and **BLUE MILLENNIUM REALTY LLC** in the above-captioned action and all future correspondence and papers filed or serviced in connection with the above-captioned action are to be directed to the undersigned.

Dated:    New York, New York
              February 28, 2008

                                                  Yours etc.,

                                                  HARRIS BEACH PLLC
                                                 *Attorneys for Defendant*
                                                 **CENTURY 21 DEPARTMENT STORE LLC, BLUE MILLENNIUM REALTY LLC**

                                                 /s/
                                                 Stanley Goos, Esq. (SG-7062)
                                                 100 Wall Street
                                                 New York, NY  10005
                                                 212 687-0100
                                                 212 687-0659 (Fax)

## **CERTIFICATION AS TO SERVICE**

The undersigned certifies that on February 28, 2008, I caused to be filed and served the following document electronically via the Court's ECF system upon the parties:

1. Century 21 Department Store LLC. and Blue Millennium's Notice of Appearance

Dated: February 28, 2008

                                                          /s/
                                    Stanley Goos, Esq. (SG 7062)