Frances B. Stella, Esq. (FBS-3339)
WolfBlock LLP
101 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 228-5700

Attorneys for Defendants:
JACK RESNICK & SONS, INC. and
RESNICK 75 PARK PLACE LLC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X   21 MC 102 (AKH)

GRISEL HERRERA,                                   Index No. 07-CIV-8729-AKH

                  Plaintiffs,   **NOTICE OF ADOPTION OF ANSWER**
                                                    **TO MASTER COMPLAINT**

   -against-

                                                    **ELECTRONICALLY FILED**

MAYORE ESTATES, LLC, *et al.*

                  Defendants.
--------------------------------------------------------X

     PLEASE TAKE NOTICE that Defendants, JACK RESNICK & SONS, INC. and RESNICK 75 PARK PLACE LLC., by their attorneys, WOLFBLOCK LLP, as and for their Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt their Answer to Master Complaint dated January 24, 2008, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

     WHEREFORE, the Defendants, JACK RESNICK & SONS, INC. and RESNICK 75 PARK PLACE LLC., demand judgment dismissing the above-captioned action as against them, together with their costs and disbursements and for such other and further relief as this Court deems just and proper.

ROS:916302.1

- 2 -

Dated: Roseland, New Jersey
      March 12, 2008

                         WolfBlock LLP
                         Attorneys for the Defendants
                         JACK RESNICK & SONS, INC. and
                         RESNICK 75 PARK PLACE LLC.

                         By:   /s    Frances B. Stella
                              Frances B. Stella, Esq.
                              101 Eisenhower Parkway
                              Roseland, New Jersey 07068
                              (973) 228-5700

To:    David L. Kremen
         Oshman & Mirisola, LLP
         42 Broadway
         10th Floor
         New York, New York 10004

         Plaintiff Liaison Counsel

         All Defense Counsel

ROS:916302.1