William J. Smith (WJS-9137)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION     21 MC 102 (AKH)

_____X

GRISEL HERRERA

                                                                                       **NOTICE OF**
                          V.                          **ADOPTION**

MAYORE ESTATES LLC, ET. AL.,

                                                         CASE NUMBER: (AKH)
                                                         07 CV 8729
_____X

    PLEASE TAKE NOTICE THAT Defendants Brookfield Financial Properties, L.P., BFP Tower C Co. LLC and WFP Retail Co. L.P. (collectively the "Brookfield Parties"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt the Brookfield Parties' Answer to Master Complaint, dated October 16, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

    WHEREFORE, the Brookfield Parties demand judgment dismissing the above captioned action as against each of them, together with their cost and disbursements.

Dated: New York, New York
     May __6__ 2008

                            Faust, Goetz, Schenker & Blee, LLP

                            _____
                            By: William J. Smith (WJS-9137)
                            Attorneys for the Brookfield Parties
                            Two Rector Street, 20th Floor
                            New York, NY 10006
                            (212) 363-6900